DAVID P. ENZMINGER, Bar. No. 137065
(denzminger@winston.com)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone:   (213) 615-1780
Facsimile:    (213) 615-1750

THOMAS M. MELSHEIMER (*pro hac vice* forthcoming)
(tmelsheimer@winston.com)
REX A. MANN (*pro hac vice* forthcoming)
(rmann@winston.com)
AHTOOSA A. DALE (*pro hac vice* forthcoming)
(adale@winston.com)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile:   (214) 453-6400

*Attorneys for Defendants Advanced Micro Devices, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP.,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>Defendants. | CASE NO. 5:22-cv-04769-SVK<br><br>**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## I. INTRODUCTION

Pursuant to Fed. R. Civ. P. 6(b) and Local Rules 6-1, 6-3, and 7-2, Defendant Advanced Micro Devices, Inc. ("AMD") respectfully requests a 30-day extension of time to October 14, 2022, to respond to the Complaint (Dkt. No. 1). As set forth below and in the accompanying declaration of David Enzminger ("Enzminger Decl."), good cause exists for the requested extension, no other deadlines would be affected by the extension, and AMD would face substantial harm if the extension is not granted.

## II. BACKGROUND

Plaintiff Realtek Semiconductor Corp. ("Plaintiff") filed the Complaint in this action against AMD on August 19, 2022. (Dkt. No. 1). Plaintiff's Proof of Service states that the Complaint was served on AMD on August 24, 2022, and PACER shows AMD's response date as September 14, 2022. (Dkt. No. 7).

## III. AMD'S REQUESTED EXTENSION IS WARRANTED

Here, good cause exists for AMD's requested extension. AMD did not hire counsel until recently, and counsel for AMD is required additional time to properly answer or otherwise respond to the Complaint. (Enzminger Decl. ¶ 2). The Complaint states three causes of action against AMD, including purported claims for patent infringement on three different patents relating to multiple AMD products. In sum, the requested 30-day extension is necessary for AMD to have adequate time to review and respond to the Complaint due to its claims. (Enzminger Decl. at ¶ 2).

AMD has not previously sought an extension in this action and there have been no previous time modifications relating to AMD in this action. (Enzminger Decl. at ¶ 3). The requested extension would not affect any other deadlines in this action. (*Id.*).

AMD attempted in good faith to seek a stipulation from Plaintiff as to this extension shortly after counsel for AMD was hired. AMD asked Plaintiff to stipulate to a thirty-day extension to October 14, 2022. Counsel for Plaintiff responded on September 13, 2022 indicating that it would reach out to Plaintiff on how to proceed, but did not stipulate to a request for extension. (Enzminger Decl. ¶ 4). On September 14, 2022, counsel for AMD reached out twice

more.  At 4:37, counsel for Plaintiff responded that Plaintiff's client contact was travelling and could not be contacted regarding AMD's request.   AMD remains hopeful that counsel will stipulate to this request and allow this motion to be withdrawn.  But because the deadline to answer or otherwise respond is due on September 14, 2022, AMD was left no choice but to file this motion so as to not suffer prejudice.

### IV.    CONCLUSION

    For the foregoing reasons, AMD respectfully requests that the Court grant a 30-day extension of time to October 14, 2022, for AMD to respond to Plaintiff's Complaint

Dated: September 14, 2022                    WINSTON & STRAWN LLP

                                              */s/ David Enzminger*
                                              DAVID P. ENZMINGER

                                              *Attorneys for Advanced Micro Devices, Inc.*