DAVID P. ENZMINGER, Bar. No. 137065
(denzminger@winston.com)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone:  (213) 615-1780
Facsimile:   (213) 615-1750

THOMAS M. MELSHEIMER (*pro hac vice* forthcoming)
(tmelsheimer@winston.com)
REX A. MANN (*pro hac vice* forthcoming)
(rmann@winston.com)
AHTOOSA A. DALE (*pro hac vice* forthcoming)
(adale@winston.com)
WINSTON & STRAWN LLP
2121 N. Pearl Street, Suite 900
Dallas, Texas 75201
Telephone: (214) 453-6500
Facsimile:   (214) 453-6400

*Attorneys for Defendants Advanced Micro Devices, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALTEK SEMICONDUCTOR CORP.,<br><br>   Plaintiff,<br><br>   v.<br><br>ADVANCED MICRO DEVICES, INC.,<br><br>   Defendants. | CASE NO. 5:22-cv-04769-SVK<br><br>**DECLARATION OF DAVID ENZMINGER IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

I, DAVID ENZMINGER, declare as follows:

1. I am an attorney with the law firm of Winston & Strawn, LLP, counsel of record for Defendant Advanced Micro Devices, Inc. ("AMD") in the above-captioned case. I make this declaration in support of AMD's motion for an extension of time to respond to the Complaint of Plaintiff Realtek Semiconductor Corp. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify thereto.

2. AMD retained Winston & Strawn LLP on or about September 9, 2022, and was first able to discuss the matter with client representatives on September 13, 2022. Given that Winston & Strawn LLP has only been hired for a few days, AMD requires additional time to review and respond to the Complaint so as not to suffer prejudice in preparing its response.

3. AMD has not previously sought an extension in this action, there have been no other modifications relating to AMD in this action, and the requested extension would not alter any other deadlines.

4. On September 13, 2022, my partner Rex Mann of Winston & Strawn LLP emailed counsel Theodore Angelis for Plaintiff to request an extension, and asked whether Plaintiff would stipulate to an extension. Counsel for Plaintiff acknowledged the request, and indicated they would advise how to proceed. We informed counsel for Plaintiff that if we did not hear back Plaintiff's position by today, that AMD would be required to file a motion. Thereafter, Plaintiff sent AMD's counsel a copy of its consent to proceed in this matter before the magistrate, but did not respond to the request for an extension.

5. On September 14, 2022, we reached out to Plaintiff's counsel twice regarding a stipulated extension (once by phone and once by email). At 4:37 pm, Plaintiff's counsel responded that they had not been able to reach their client contact. Counsel advised that their goal was to work as cooperatively as possible, but did not advise whether Plaintiff will agree or oppose this extension. Accordingly, AMD was required to file this motion.

| | |
|---|---|
| Dated: September 14, 2022 | WINSTON & STRAWN LLP |

                                                                         */s/ David Enzminger*
                                                                          DAVID P. ENZMINGER

                                                                           *Attorneys for Advanced Micro Devices, Inc.*