1  DAVID P. ENZMINGER, Bar. No. 137065
   (denzminger@winston.com)
2  WINSTON & STRAWN LLP
3  333 S. Grand Avenue
   Los Angeles, CA 90071
4  Telephone:  (213) 615-1780
   Facsimile:   (213) 615-1750
5
6  THOMAS M. MELSHEIMER (*pro hac vice* forthcoming)
7  (tmelsheimer@winston.com)
   REX A. MANN (*pro hac vice* forthcoming)
8  (rmann@winston.com)
   AHTOOSA A. DALE (*pro hac vice* forthcoming)
9  (adale@winston.com)
   WINSTON & STRAWN LLP
10 2121 N. Pearl Street, Suite 900
   Dallas, Texas 75201
11 Telephone: (214) 453-6500
12 Facsimile:  (214) 453-6400

13 *Attorneys for Defendants Advanced Micro Devices, Inc.*

14
15                         UNITED STATES DISTRICT COURT
16                        NORTHERN DISTRICT OF CALIFORNIA
17

| | | |
|---|---|---|
| REALTEK SEMICONDUCTOR CORP., | ) | CASE NO. 5:22-cv-04769-SVK |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER GRANTING DEFENDANT ADVANCED MCIRO DEVICES, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | ) ) | |
| ADVANCED MICRO DEVICES, INC., | ) ) | |
| Defendants. | ) ) ) ) ) | |

Having considered Advanced Micro Devices, Inc.'s ("AMD") Motion for Extension of Time to respond to Plaintiff's Complaint and Declaration of David Enzminger in support thereof:

IT IS HEREBY ORDERED THAT: AMD's Motion is GRANTED.  AMD will have until October 14, 2022 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Susan van Keulen
United States Magistrate Judge